1980-424

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **PMG INTERNATIONAL, LTD.** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **Civil Action No. 5:20-cv-145** |
| | § | |
| **THE TRAVELERS INDEMNITY** | § | |
| **COMPANY OF AMERICA** | § | |
| | § | |
| **Defendant** | § | |

## DEFENDANT THE TRAVELERS INDEMNITY COMPANY OF AMERICA'S NOTICE OF REMOVAL

Defendant THE TRAVELERS INDEMNITY COMPANY OF AMERICA, ("Travelers" or "Defendant"), files its Notice of Removal of this action from the 57th Judicial District Court, Bexar County, Texas to the United States District Court for the Western District of Texas, San Antonio Division, the Court for the District and Division encompassing the place where the lawsuit is currently pending. In support of this removal, Defendant relies upon the Appendix Filed in Support of Defendant's Notice of Removal filed contemporaneously herewith and shows the following:

## I.
## INTRODUCTION

1.      On December 16, 2019, Plaintiff PMG INTERNATIONAL, LTD. filed its original petition in the 57th Judicial District Court, Bexar County, Texas captioned *PMG International, Ltd. v. The Travelers Indemnity Company of America*, Cause Number 2019CI25431 (the "State Court Action").

2.      Citation for the State Court Action was served by agreement on Counsel for Defendant Travelers on January 15, 2020.

1980-424

## II.
## BASIS FOR REMOVAL

3.     This Court has original jurisdiction over this State Court Action, pursuant to 28 U.S.C. §1332(a), because it is a civil action between citizens of different states where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

4.     The Plaintiff seeks monetary relief of over $200,000 but less than $1,000,000.00. *See* Exhibit A-1 at paragraph 1, page 4.  Accordingly, the amount in controversy in this matter meets and exceeds the federal jurisdictional minimum of $75,000, exclusive of interest and costs.

5.     Plaintiff was at the time of the filing of this action, has been at all times since, and still is a Limited Partnership organized to do business in Texas. *See* Exhibit A-1. For diversity purposes, the citizenship of a Limited Partnership is determined by the citizenship of all of its members. See *Pramco, LLC ex rel. CFSC Consortium, LLC v. San Juan Bay Marina, Inc.,* 435 F.3d 51 (1st Cir. 2006); *Handelsman v. Bedford Village Assocs. Ltd. P'ship,* 213 F.3d 48 (2nd Cir. 2000); *Gen. Tech. Applications, Inc. v. Exro Ltda,* 388 F.3d 114 (4th Cir. 2004); *Homfeld II, L.L.C. v. Comair Holdings, Inc.,* 53 Fed. Appx. 731 (6th Cir. 2002); *Wise v. Wachovia Securities, LLC*, 450 F.3d 265 (7th Cir. 2006); *GMAC Commer. Credit LLC v. Dillard Dep't Stores, Inc.,* 357 F.3d 827 (8th Cir. 2004); *Johnson v. Columbia Props. Anchorage, LP,* 437 F.3d 894 (9th Cir. 2006); *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.,* 374 F.3d 1020 (11th Cir. 2004). After extensive research, it appears that Plaintiff's General Partner, Periodical Licensing, Inc., is a Delaware Corporation.  *See Exhibits "B" and "C".*  The limited partner for Plaintiff is Socios Holdings, Ltd., a Texas Limited Partnership.  *See Exhibit "D".*   The general partner of Socios Holdings, Ltd. is Periodical Licensing, Ltd.  *See Exhibit "D".*

6.     Defendant Travelers Indemnity Company of America at the time of the filing of this action, at the time of this removal, at all relevant times since and is currently, a citizen of the State of Connecticut because it is a Connecticut corporation with its principal place of business in the State of Connecticut.

1980-424

7.      This action may be removed to this Court pursuant to 28 USC §1441(a), which allows for the removal of any civil action brought in the state court of which the District Courts of the United States have original jurisdiction, by the defendant or the defendants, to the District Court of the United States for the district and division embracing the place where such action is pending.

8.      This Notice of Removal is filed within thirty (30) days after service on Defendant of the State Court Action. This Notice of Removal is also being filed within one year of the filing of Plaintiff's Original Petition by which the State Court Action was commenced. This Notice, therefore, if timely filed pursuant to 28 USC §1446 (b).

### III.
### PROCEDURAL REQUIREMENTS

9.      In accordance with 28 USC section 1446 (D), Defendant will promptly give written notice of this Notice of Removal to Plaintiff through counsel of record and file a copy of this Notice of Removal in the 57TH Judicial District Court, Bexar County, Texas.

10.     Defendant reserves the right to amend or supplement this Notice of Removal.

11.     The following are included in the Appendix filed contemporaneously with this Notice of Removal:

(a)     an index of all documents that clearly identifies each document and indicates the date the document was filed in the State Court Action;

(b)     a copy of the docket sheet in the State Court Action;

(c)     a copy of each document filed in the State Court Action, except discovery material, arranged in chronological order according to the state court filing date; and

(d)     a separately filed Supplement to JS 44 Civil Cover Sheet for Cases Removed from State District Court.

For the above reasons, Defendant gives notice of the removal of the State Court Action to this Court and respectfully request that this action proceed before this Court as though it had originally been instituted in this Court.

1980-424

Dated: February 7, 2020

Respectfully submitted,

**BROCK ♦ GUERRA**
**STRANDMO DIMALINE JONES, P.C.**
17339 Redland Road
San Antonio, Texas 78247-2304
(210) 979-0100 Telephone
(210) 979-7810 Facsimile

By:

ROBERT F. SCHEIHING
State Bar No. 17736350
bscheihing@brock.law

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been forwarded to the following counsel of record in compliance with the Federal Rules of Civil Procedure 7th day of February, 2020:

Daniel O. Kustoff
Melanie H. Sanders
Taylor L. Crull
KUSTOFF & PHIPPS, LLP
4103 Parkdale
San Antonio, Texas 78229
dkustoffservice@kplegal.com
msanders@kplegal.com
tcrull@kplegal.com

ROBERT F. SCHEIHING

1980-424

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **PMG INTERNATIONAL, LTD.** | § | |
| | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:20-cv-145** |
| | § | |
| **THE TRAVELERS INDEMNITY** | § | |
| **COMPANY OF AMERICA** | § | |

## INDEX OF STATE COURT MATERIALS

| No. | Date Filed or Entered | Document |
|---|---|---|
| A | | Docket Sheet |
| A-1 | 12/12/19 | Plaintiff's Original Petition |
| A-2 | 01/16/20 | Defendant's Original Answer |
| A-3 | 01/16/20 | Defendant's Jury Demand |
| A-4 | 01/16/20 | Vacation Letter |
| A-5 | 02/03/20 | Notice of Change of Firm Affiliation |
| A-6 | 02/03/20 | Defendant's Notice of Filing Notice of Removal |

# Exhibit "A"



## COUNTY CLERK & DISTRICT CLERK
## COURT RECORDS SEARCH

# Case #2019CI25431

**Name**:

**Date Filed** : 12/16/2019

**Case Status** : PENDING

**Litigant Type** : PLAINTIFF

**Court** : 057

**Docket Type** : OTHER CIVIL CASES

**Business Name** : PMG INTERNATIONAL LTD

**Style** : PMG INTERNATIONAL LTD

**Style (2)** : vs THE TRAVELERS INDEMNITY COMPANY OF AMERICA

# Case History

*Currently viewing 1 through 7 of 00007 records*

| Sequence | Date Filed | Description |
|----------|------------|-------------|
| P00006 | 1/17/2020 | LETTER |
| P00005 | 1/17/2020 | ATTORNEY UNAVAILABILITY NOTICE FILED FOR ROBERT SCHEIHING |
| P00004 | 1/17/2020 | ORIGINAL ANSWER OF<br>OF DEFT/THE TRAVELERS INDEMNITY CO OF AM ERICA |
| S00001 | 12/16/2019 | CITATION<br>THE TRAVELERS INDEMNITY COMPANY OF AMERICA ISSUED: 12/16/2019 |
| P00003 | 12/16/2019 | SERVICE ASSIGNED TO CLERK 1 |
| P00002 | 12/16/2019 | JURY FEE PAID |
| P00001 | 12/16/2019 | PETITION<br>WITH JURY DEMAND |

# EXHIBIT "A-1"

FILED
12/16/2019 12:00 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Maria Jackson

Case 5:20-cv-00145   Document 1   Filed 02/07/20   Page 10 of 49 WJD  SAC 1

## 2019CI25431

CAUSE NO. _____

| | | |
|---|---|---|
| PMG INTERNATIONAL, LTD. | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | __57th__ JUDICIAL DISTRICT |
| | § | |
| THE TRAVELERS INDEMNITY | § | |
| COMPANY OF AMERICA, | § | BEXAR COUNTY, TEXAS |

### PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

PMG INTERNATIONAL, LTD., Plaintiff herein, files this Original Petition against Defendant, THE TRAVELERS INDEMNITY COMPANY OF AMERICA, and in support of Plaintiff's causes of action, would respectfully show the Court the following:

### I.
### THE PARTIES

1.     Plaintiff is a Texas entity who owns and was insured for the property made the basis of this suit, 1214 Barranca Dr., El Paso, Texas 79935.

2.     THE TRAVELERS INDEMNITY COMPANY OF AMERICA is licensed to conduct business in the State of Texas and can be served with process by serving it's registered agent, Corporation Service Company, 211 East 7th Street, Suite 620, Austin, Texas 78707-3218.

### I.
### DISCOVERY

3.     This case is intended to be governed by Discovery Level 2.

### III.
### CLAIM FOR RELIEF

4.     The damages sought are within the jurisdictional limits of this court. Plaintiff currently seeks monetary relief over $200,000 but not more than $1,000,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney's fees.

## IV.
## JURISDICTION AND VENUE

5.      This court has subject matter jurisdiction of this cause of action because it involves an amount in controversy in excess of the minimum jurisdictional limits of this Court. No diversity of citizenship exists in this matter.

6.      Venue is proper in BEXAR County under Tex. Civ. Prac. & Rem. Code §15.002(a)(1) because the sale of the policy giving rise to the claim occurred in Bexar County.

## V.
## FACTUAL
## BACKGROUND

7.      Plaintiff is a named insured under a commercial property insurance policy issued by THE TRAVELERS INDEMNITY COMPANY OF AMERICA.

8.      On or about NOVEMBER 4, 2016, a storm hit the El Paso County area, damaging Plaintiff's commercial property.   Plaintiff subsequently filed a claim on Plaintiff's insurance policy.

9.      Defendant improperly denied and/or underpaid the claim.

10.     Moreover, THE TRAVELERS INDEMNITY COMPANY OF AMERICA performed an outcome-oriented investigation of Plaintiff's claim, which resulted in a biased, unfair and inequitable evaluation of Plaintiff's losses on the property.

## V.
## CAUSES OF ACTION

11.     Each of the foregoing paragraphs is incorporated by reference in the following:

**A.      Breach of Contract**

12.     THE TRAVELERS INDEMNITY COMPANY OF AMERICA had a contract of insurance with Plaintiff.  THE TRAVELERS INDEMNITY COMPANY OF AMERICA breached

the terms of that contract by wrongfully denying and/or underpaying the claim and Plaintiff was damaged thereby.

**B.      Prompt Payment of Claims Statute**

13.      The failure of THE TRAVELERS INDEMNITY COMPANY OF AMERICA to pay for the losses and/or to follow the statutory time guidelines for accepting or denying coverage constitutes a violation of Article 542.051 *et seq.* of the Texas Insurance Code.

14.      Plaintiff, therefore, in addition to Plaintiff's claim for damages, is entitled to 18% interest and attorneys' fees as set forth in Article 542.060 of the Texas Insurance Code.

**C.      Bad Faith/DTPA**

15.      Defendant is required to comply with Chapter 541 of the Texas Insurance Code.

16.      Defendant violated § 541.051 of the Texas Insurance Code by:

(1)      making statements misrepresenting the terms and/or benefits of the policy.

17.      Defendant violated § 541.060 by:

(1)      misrepresenting to Plaintiff a material fact or policy provision relating to coverage at issue;

(2)      failing to attempt in good faith to effectuate a prompt, fair, and equitable settlement of a claim with respect to which the insurer's liability had become reasonably clear;

(3)      failing to promptly provide to Plaintiff a reasonable explanation of the basis in the policy, in relation to the facts or applicable law, for the insurer's denial of a claim or offer of a compromise settlement of a claim;

(4)      failing within a reasonable time to affirm or deny coverage of a claim to Plaintiff or submit a reservation of rights to Plaintiff; and

(5)      refusing to pay the claim without conducting a reasonable investigation with respect to the claim0

18.      Defendant violated § 541.061 by:

(1)      making an untrue statement of material fact;

      (2)     failing to state a material fact necessary to make other statements made not misleading considering the circumstances under which the statements were made;

      (3)     making a statement in a manner that would mislead a reasonably prudent person to a false conclusion of a material fact;

      (4)     making a material misstatement of law; and

      (5)     failing to disclose a matter required by law to be disclosed.

19.     At all material times hereto, Plaintiff was a consumer who purchased insurance products and services from Defendant.

20.     Defendant violated the Texas Deceptive Trade Practices Act in the following respects:

      (1)     Defendant represented that the agreement confers or involves rights, remedies, or obligations which it does not have, or involve, or which are prohibited by law;

      (2)     THE TRAVELERS INDEMNITY COMPANY OF AMERICA failed to disclose information concerning goods or services which was known at the time of the transaction when such failure to disclose such information was intended to induce the consumer into a transaction that the consumer would not have entered into had the information been disclosed; and

      (3)     THE TRAVELERS INDEMNITY COMPANY OF AMERICA, by accepting insurance premiums but refusing without a reasonable basis to pay benefits due and owing, such as for repairs to the structure, interior architectural finishes, finish out, improvements and betterments, business income and other extra expenses associated with damage caused by a wind/hail storm, engaged in an unconscionable action or course of action as prohibited by the DTPA § 17.50(a)(1)(3) in that THE TRAVELERS INDEMNITY COMPANY OF AMERICA took advantage of Plaintiff's lack of knowledge, ability, experience, and capacity to a grossly unfair degree, that also resulted in a gross disparity between the consideration paid in the transaction and the value received, in violation of Chapter 541 of the Insurance Code.

21.     Defendant knowingly committed the acts complained of. As such, Plaintiff is entitled to exemplary and/or treble damages pursuant to the DTPA and Texas Insurance Code

§ 541.152(a)-(b).

**D.     Attorneys' Fees**

22.     Plaintiff engaged the undersigned attorney to prosecute this lawsuit against Defendant and agreed to pay reasonable attorneys' fees and expenses through trial and any appeal.

23.     Plaintiff is entitled to reasonable and necessary attorney's fees pursuant to TEX. CIV. PRAC. & REM. CODE §§ 38.001-38.003 because Plaintiff is represented by an attorney, presented the claim to Defendant, and Defendant did not tender the just amount owed before the expiration of the 30th day after the claim was presented.

24.     Plaintiff further prays that it be awarded all reasonable attorneys' fees incurred in prosecuting its causes of action through trial and any appeal pursuant to Sections 541.152, 542.060 of the Texas Insurance Code.

**VII.**
**CONDITIONS PRECEDENT**

25.     All conditions precedent to Plaintiff's right to recover have been satisfied or rendered moot.

**VIII.**
**DEMAND FOR JURY**

26.     Pursuant to Rule 216 of the Texas Rules of Civil Procedure, Plaintiff herein requests a jury trial and along with the filing of the Original Petition has tendered to the Clerk of the Court the statutory jury fee.

**IX.**
**INVOCATION OF APPRAISAL**

27.     Plaintiff invokes the appraisal clause of the policy and appoints Vernon Dunagin as the insured's appraiser.

## X.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff herein prays that, upon final hearing of the case, Plaintiff recover all damages from and against Defendants that may reasonably be established by a preponderance of the evidence, and that Plaintiff be awarded attorneys' fees through trial and appeal, costs of court, pre-judgment interest, post-judgment interest, and such other and further relief, general or special, at law or in equity, to which Plaintiff may show herself to be justly entitled.

Respectfully submitted,

KUSTOFF & PHIPPS, LLP
4103 Parkdale
San Antonio, Texas  78229
Telephone:  (210) 614-9444
Telecopier:  (210) 614-9464

By: */s/ DANIEL O. KUSOTFF*
    DANIEL O. KUSTOFF
    State bar No.  11770515
    dkustoffservice@kplegal.com
    MELANIE H. SANDERS
    State bar No.  24032416
    msanders@kplegal.com
    TAYLOR L. CRULL
    State Bar No. 24107021
    tcrull@kplegal.com

ATTORNEYS FOR PLAINTIFF

# EXHIBIT "A-2"

:ED
:1/2020 12:00 AM
　　76666.0384
:ry Angie Garcia
:xar County District Clerk
:cepted By: Luis Herrera

## CAUSE NO. 2019CI25431

| | | |
|---|---|---|
| **PMG INTERNATIONAL, LTD.** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| **V.** | § | **57TH JUDICIAL DISTRICT** |
| | § | |
| **THE TRAVELERS INDEMNITY** | § | |
| **COMPANY OF AMERICA** | § | **BEXAR COUNTY, TEXAS** |

## <u>DEFENDANT'S ORIGINAL ANSWER</u>

NOW COMES THE TRAVELERS INDEMNITY COMPANY OF AMERICA, Defendant

and files this DEFENDANT'S ORIGINAL ANSWER in response to PLAINTIFF'S ORIGINAL

PETITION, and for such would show the following:

## I.
## <u>GENERAL DENIAL</u>

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant enters a general denial

and demands that Plaintiff prove its allegations by a preponderance of the evidence.

## II.
## <u>AFFIRMATIVE DEFENSES</u>

By way of affirmative defenses, and if such be necessary, Defendant asserts the

following:

A.    Defendant paid the actual cash value of the covered damage and seeks a credit for the

payment of $12,381.12 which was paid on March 7, 2018.

B.    Travelers is not responsible for any condition not resulting from a covered loss.

C.    Alternatively, Plaintiff's actual damages, if any, must be limited by the amount set

forth in the policy limitations provisions of the insurance policy and are limited to actual cash value

payments unless and until the Plaintiff complies with the policy concerning the recoupment of

replacement costs.

D.    Alternatively, Plaintiff's actual damages, if any, must be offset by the amount of the

1

76666.0384

deductible.

E.      Alternatively, Travelers had a reasonable basis for each coverage decision in this case.

F.      Alternatively, in the event that covered loss is combined with non-covered perils, the Plaintiff has the burden of proof in segregating the covered damage under the doctrine of concurrent causation. Under this doctrine, when covered and non-covered damages combined to cause a loss, only the covered portion is owed and the Plaintiff is required to segregate the covered damage.

G.      At most, the issues in this case involve a good faith dispute over the amount of damages caused by hail and/or wind. This is a bona fide dispute. As such, the extra-contractual causes of action are without merit.

H.      To the extent that the Plaintiff has failed to make the repairs paid for by Travelers in this case, the Plaintiff has failed to mitigate damages and has failed to protect the property from further damage as required by the policy.

I.      Plaintiff failed to provide a proper 542A Notice letter at least 61 days prior to filing this lawsuit. Accordingly, Plaintiff is not entitled to attorney's fees. Section 542A.007(d) provides that in cases where a 542A Notice letter is not sent to the defendant at least 61 days prior to filing suit, the "Court may not award attorneys fees" generated or incurred after the defendant files a pleading asserting this defense. As a result, Plaintiff is not entitled to attorneys fees after the date of this Answer.

PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant requests Plaintiff recover nothing from this suit; that Defendant recover costs of Court; and all other relief to which Defendant may be entitled.

2

76666.0384

Respectfully submitted,

ADAMI, SHUFFIELD, SCHEIHING
   & BURNS, P.C.
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone (210) 344-0500
Telecopier (210) 344-7228
bscheihing@adamilaw.com


By:    _____
       ROBERT F. SCHEIHING
       State Bar No. 17736350

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been forwarded to the following counsel of record in compliance with the Texas Rules of Civil Procedure this 17TH day of January , 2020:

Daniel O. Kustoff, P.C
KUSTOFF & PHIPPS, LLP
4103 Parkdale
San Antonio, Texas 78229


_____
ROBERT F. SCHEIHING

# EXHIBIT "A-3"

## CAUSE NO. 2019CI25431

| | | |
|---|---|---|
| PMG INTERNATIONAL, LTD. | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| V. | § | 57TH JUDICIAL DISTRICT |
| | § | |
| THE TRAVELERS INDEMNITY | § | |
| COMPANY OF AMERICA | § | BEXAR COUNTY, TEXAS |

### DEFENDANT'S JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES THE TRAVELERS INDEMNITY COMPANY OF AMERICA, Defendant and files this DEMAND FOR JURY TRIAL pursuant to Rule 216 of the Texas Rules of Civil Procedure and encloses herewith the required jury fee of $40.00.

Respectfully submitted,

ADAMI, SHUFFIELD, SCHEIHING
& BURNS, P.C.
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone (210) 344-0500
Telecopier (210) 344-7228
bscheihing@adamilaw.com

By: _____
ROBERT F. SCHEIHING
State Bar No. 17736350

ATTORNEY FOR DEFENDANT

76666.0384

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the above and foregoing document has been forwarded to the following counsel of record in compliance with the Texas Rules of Civil Procedure this _____ day of January, 2020:

      Daniel O. Kustoff, P.C
      Melanie H. Sanders
      Taylor L. Crull
      KUSTOFF & PHIPPS, LLP
      4103 Parkdale
      San Antonio, Texas 78229

      ROBERT F. SCHEIHING

# EXHIBIT "A-4"

FILED
1/17/2020 11:22 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Cynthia Flores

LAW OFFICES OF

JARROD J. BURNS
ZACHARY C. EDWARDS
THERESA SCIOLI PITTL

# ADAMI, SHUFFIELD, SCHEIHING & BURNS

A PROFESSIONAL CORPORATION

GRANT E. ("TRES") ADAMI, III
E. WAYNE SHUFFIELD
DON H. SCHEIHING
MICHAEL L. SCHEIHING
LeeAnna Gainer Mask †

SWBC TOWER
9311 SAN PEDRO AVENUE, SUITE 900
SAN ANTONIO, TEXAS 78216
TELEPHONE: (210) 344-0500
TELECOPY: (210) 344-7228
WWW.ADAMILAW.COM

JIM "BO" GUESS, OF COUNSEL

AUSTIN OFFICE
32 WINGREEN LOOP
AUSTIN, TEXAS 78738

† BOARD CERTIFIED,
WORKERS' COMPENSATION LAW
TEXAS BOARD OF LEGAL
SPECIALIZATION

January 17, 2020

***VIA E-FILING***
Mary Angie Garcia
Bexar County District Clerk
Bexar County Courthouse
101 W. Nueva, Suite 217
San Antonio, Texas 78205

RE:    Cause No. 2019CI25431; *PMG International LTD. v The Travelers Indemnity Company of America*; In the 57th Judicial District Court, Bexar County, Texas

Dear Ms. Garcia:

Please be advised that I will be out of the office on vacation on the following dates:

1.    June 26, 2020 thru July 6, 2020;
2.    October 31, 2020 thru November 9, 2020;
3.    December 23, 2020 – January 2, 2021.

Therefore, I would respectfully request that any matters in need of scheduling in the above-referenced cause not be set by the Court during my absence.

By copy of this letter, I am notifying counsel of record of my vacation schedule and I am requesting that counsel refrain from scheduling any depositions, hearings, etc. during my absence.

Thank you for your attention to this matter.  Please call me with any questions.

Very truly yours,

Robert F. Scheihing

RFS/slg
*76666.0384/ Vacation Ltr 2020.doc*

cc:    Daniel O. Kustoff - *Via efiling*
       Melanie H. Sanders
       Taylor L. Crull

# EXHIBIT "A-5"

1980-424

## CAUSE NO. 2019CI25431

| | | |
|---|---|---|
| PMG INTERNATIONAL, LTD. | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| V. | § | 57TH JUDICIAL DISTRICT |
| | § | |
| THE TRAVELERS INDEMNITY | § | |
| COMPANY OF AMERICA | § | BEXAR COUNTY, TEXAS |

## NOTICE OF CHANGE OF FIRM AFFILIATION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES counsel for Defendant in the above-entitled and numbered cause and notifies this Court and all known counsel of record that Robert F. Scheihing is no longer affiliated with Adami, Shuffield, Scheihing & Burns, P.C. Please see the new contact and firm information for Defendant's counsel below:

**Robert F. Scheihing**
**BROCK ♦ GUERRA**
**STRANDMO DIMALINE JONES, P.C.**
**17339 Redland Road**
**San Antonio, Texas 78247-2304**
**(210) 979-0100 Telephone**
**(210) 979-7810 Facsimile**
**bscheihing@brock.law**

Please enter the appearance of Robert F. Scheihing and Brock Guerra Strandmo Dimaline Jones, P.C. as counsel for Defendant in the above-captioned matter. As such, please direct any and all notices and other matters of the Court to this office.

1980-424

Respectfully submitted,

**BROCK ♦ GUERRA**
**STRANDMO DIMALINE JONES, P.C.**
17339 Redland Road
San Antonio, Texas 78247-2304
(210) 979-0100 Telephone
(210) 979-7810 Facsimile

By:

ROBERT F. SCHEIHING
State Bar No. 17736350
bscheihing@brock.law

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been forwarded to the following counsel of record in compliance with the Texas Rules of Civil Procedure this 3rd day of February, 2020:

Daniel O. Kustoff, P.C
KUSTOFF & PHIPPS, LLP
4103 Parkdale
San Antonio, Texas 78229

ROBERT F. SCHEIHING

# EXHIBIT "A-6"

1980-424

**CAUSE NO. 2019CI25431**

| | | |
|---|---|---|
| **PMG INTERNATIONAL, LTD.** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| **V.** | § | **57TH JUDICIAL DISTRICT** |
| | § | |
| **THE TRAVELERS INDEMNITY** | § | |
| **COMPANY OF AMERICA** | § | **BEXAR COUNTY, TEXAS** |

**DEFENDANT THE TRAVELERS INDEMNITY COMPANY OF AMERICA'S NOTICE
OF FILING NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE TAKE NOTICE that on the 3rd day of February, 2020, Defendant THE TRAVELERS INDEMNITY COMPANY OF AMERICA, ("Travelers" or "Defendant"), filed with the clerk of the United States District Court for the Western District of Texas, San Antonio Division, its Notice of Removal, together with copies of all process, pleadings and orders served upon it in the action pending against it in the 57th Judicial District Court, Bexar County, Texas, styled *PMG International, LTD v. The Travelers Indemnity Company of America*, Cause Number 2019CI25431.

True and correct copies of the Notice of Removal and the Appendix Filed in Support of the Notice of Removal are attached hereto as Exhibit "A" and included herein by reference for all purposes.

All further proceedings with respect to this action shall take place before the United States District Court.

1

1980-424

Respectfully submitted,

**BROCK ♦ GUERRA**
**STRANDMO DIMALINE JONES, P.C.**
17339 Redland Road
San Antonio, Texas 78247-2304
(210) 979-0100 Telephone
(210) 979-7810 Facsimile

By: _____
ROBERT F. SCHEIHING
State Bar No. 17736350
bscheihing@brock.law

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been forwarded to the following counsel of record in compliance with the Texas Rules of Civil Procedure this 3rd day of February, 2020:

Daniel O. Kustoff, P.C
KUSTOFF & PHIPPS, LLP
4103 Parkdale
San Antonio, Texas 78229

_____
ROBERT F. SCHEIHING

# Exhibit "B"

# Texas Franchise Tax Public Information Report

*To be filed by Corporations , Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

Comptroller of Public Accounts FORM 05-102 (Rev.9-11/30)

■ **Tcode** 13196 Franchise

| ■ Taxpayer number | | | | | | | | | | ■ Report year | | | | | You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 2 | 0 | 3 | 6 | 3 | 8 | 3 | 2 | 0 | 9 | 2 | 0 | 1 | 8 | |

| Taxpayer name |
|---|
| **PMG INTERNATIONAL, LTD.** |

| Mailing address | | | | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|---|---|
| **1011 N FRIO ST FL 2ND** | | | | |
| City **SAN ANTONIO** | State **TX** | ZIP Code **78207** | Plus 4 | **0008571910** |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office |
|---|
| **1011 N Frio Street San Antonio, TX  78207** |
| Principal place of business |
| **5011023735** |



Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report.  There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3203638320918

**SECTION A**  Name, title and mailing address of each officer, director or manager.

| Name | | Title | Director | | Term expiration | m | m | d | d | y | y |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Periodical Licensing, Inc.** | | **Gen Partner** | ○ YES | | | | | | | | |
| Mailing address **1011 N Frio Street, 2nd Floor** | City **San Antonio** | | State **TX** | | | ZIP Code **78207** | | | | | |
| Name **Socios Holdings, Ltd.** | | Title **Limited Partner** | Director ○ YES | | Term expiration | m | m | d | d | y | y |
| Mailing address **1011 N Frio Street, 2nd Floor** | City **San Antonio** | | State **TX** | | | ZIP Code **78207** | | | | | |
| Name | | Title | Director ○ YES | | Term expiration | m | m | d | d | y | y |
| Mailing address | City | | State | | | ZIP Code | | | | | |

**SECTION B**  Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent  or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| **Caribbean Management, LLC** | **DE** | | **100.0** |
| **Island Periodicals, LLC** | **De** | | **100.0** |

**SECTION C**  Enter the information required for each corporation or LLC, if any, that owns an interest of 10  percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| **Socios Holdings, Ltd.** | **TX** | **15193610** | **98.97** |

| Registered agent and registered office currently on file. *(see instructions if you need to make changes)* | Blacken circle if you need forms to change the registered agent or registered office information. ○ |
|---|---|
| Agent:  **BRIAN L WEINER** | |
| Office:  **1011 N Frio Street, 2nd Floor** | City **San Antonio**  State **TX**  ZIP Code **78207** |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information may be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ▶ **Laurie  Leach** | Title **Electronic** | Date **11-13-2018** | Area code and phone number **( 210 )  212 - 3177** |
|---|---|---|---|

**Texas Comptroller Official Use Only**



| VE/DE ○ | PIR IND ○ |
|---|---|

# Exhibit "C"

1 0 ? 3 6 5 0 2 4 7 0

## APPLICATION FOR CERTIFICATE OF AUTHORITY

Pursuant to the provisions of Article 8 05 of the Texas Business Corporation Act (the "Act"), the undersigned corporation hereby applies for a Certificate of Authority to transact business in Texas:

FILED
In the Office of the
Secretary of State of Texas

APR 2 5 1997

Corporations Section

1.     The name of the corporation is <u>Periodical Licensing, Inc</u>

2.     It is incorporated under the laws of <u>Delaware</u>.

3.     The date of its incorporation is <u>April 2, 1992,</u> and the period of duration is <u>perpetual</u>

4.     The address of its principal office in the state or country under the laws of which it is incorporated is <u>1209 Orange Street, Wilmington, Delaware 19801</u>

5.     The street address of its proposed registered office in Texas <u>1011 North Frio, San Antonio, Texas 78207</u>, and the name of its proposed registered agent in Texas at such address is <u>Brian Weiner</u>.

6.     The purpose of the corporation which it proposes to pursue in the transaction of business in Texas is to engage in any lawful act or activity for which corporations may be organized under the Act.

7.     It is authorized to pursue such purpose or purposes in the state or country under the laws of which it is incorporated

8     The names and respective addresses of its directors are:

| Name | Address |
| --- | --- |
| Brian Weiner | 1011 North Frio<br>San Antonio, Texas 78207 |
| John Hundley | 1011 North Frio<br>San Antonio, Texas 78207 |

9.     The names and respective addresses of its officers are:

| Name and Address | Office |
| --- | --- |
| Brian Weiner<br>1011 North Frio<br>San Antonio, Texas | President |

| | |
|---|---|
| Gordon Weiner<br>1011 North Frio<br>San Antonio, Texas | Vice President |
| John Hundley<br>1011 North Frio<br>San Antonio, Texas | Secretary |

10.     The aggregate number of shares which it has authority to issue, itemized by classes, par value of shares, shares without par value, and series, if any, within a class, is:

| NUMBER OF SHARES | CLASS | SERIES | PAR VALUE PER SHARE OR STATEMENT THAT SHARES ARE WITHOUT PAR VALUE |
|---|---|---|---|
| 100,000 | Common | N/A | $0.10 per share |

11.     The aggregate number of its issued shares, itemized by classes, par value of shares, shares without par value, and series, if any, within a class, is:

| NUMBER OF SHARES | CLASS | SERIES | PAR VALUE PER SHARE OR STATEMENT THAT SHARES ARE WITHOUT PAR VALUE |
|---|---|---|---|
| 10,000 | Common | N/A | $0 10 per share |

12.     The amount of its stated capital is $1,000.00.

13.     Consideration of the value of at least One Thousand and No/100 Dollars ($1,000.00) has been paid for the issuance of its shares.

14.     This application is accompanied by a certificate issued by the Secretary of State or other authorized officer of the jurisdiction of incorporation evidencing the corporate existence and dated 90 days of the date of receipt of the application.

PERIODICAL LICENSING, INC.

By: _____

Brian Weiner, President

jbc\7236\76701v1                                        -2-

10 2 3 6 5 PAGE 2 1 / 2

### State of Delaware

# Office of the Secretary of State

I, EDWARD J. FREEL, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY "PERIODICAL LICENSING, INC." IS DULY
INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN
GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE
RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-FOURTH DAY OF
APRIL, A.D. 1997.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL REPORTS HAVE
BEEN FILED TO DATE.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES
HAVE BEEN PAID TO DATE.



Edward J. Freel, Secretary of State

AUTHENTICATION:          8434979

DATE:                    04-24-97

2293560   8300

971132818

## INTERNATIONAL PERIODICAL DISTRIBUTORS, LTD.

## CERTIFICATE OF AMENDMENT TO

## CERTIFICATE OF LIMITED PARTNERSHIP

> FILED
> In the Office of the
> Secretary of State of Texas
>
> JAN 31 1996
>
> Corporations Section

The undersigned, desiring to amend its original Certificate of Limited Partnership pursuant to Section 2.02 of the Texas Revised Limited Partnership Act, Tex. Rev. Civ. Stat. Ann. art. 6132a-1 (the "Act"), certifies as follows:

1.  The name of the partnership is: "INTERNATIONAL PERIODICAL DISTRIBUTORS, LTD."

2.  Section 1 of the Partnership's Certificate of Limited Partnership is hereby amended in its entirety to read as follows:

"The name of the partnership is: "PMG INTERNATIONAL, LTD."

EXECUTED the *30* day of January, 1996.

GENERAL PARTNER:

PERIODICAL LICENSING, INC.

By: *Gordon Weiner, Vice President*

GORDON WEINER, Vice President

013096-corp\jbc\7236 00\429

# Exhibit "D"

 LexisNexis·

**1 OF 1 RECORD(S)**

# Texas Secretary of State

## Corporate Filing 1
**Business Information**

| | |
|---|---|
| **Filing Number:** | 0015193610 |
| **Name:** | SOCIOS HOLDINGS, LTD. |
| **Name Type:** | LEGAL |
| **STANDARD BUSINESS Address:** | 1011 N FRIO ST<br>SAN ANTONIO, TX 78207-1811 |
| **ORIGINAL BUSINESS ADDRESS:** | 1011 NORTH FRIO<br>SAN ANTONIO, TX 78207<br>US |
| **State Tax ID:** | 32036072539 |
| **Business Type:** | DOMESTIC LIMITED PARTNERSHIP (LP) |
| **Status:** | IN EXISTENCE |
| **Place Incorporated:** | TEXAS |
| **Date Incorporated:** | 05/30/2001 |
| **Foreign/Domestic:** | DOMESTIC |
| **Terms:** | PERPETUAL |
| **Status Comment:** | RIGHT TO TRANSACT BUSINESS: ACTIVE |
| **Date Last Seen:** | 03/17/2017 |

**Registered Agent**

| | |
|---|---|
| **Name:** | WEINER, BRIAN |
| **Registered Agent Address** | 1011 N FRIO ST<br>SAN ANTONIO, TX 78207-1811 |

## Corporate Filing 2
**Business Information**

| | |
|---|---|
| **Filing Number:** | 0015193610 |
| **Name:** | SOCIOS HOLDINGS, LTD. |
| **Name Type:** | LEGAL |
| **Filing Date:** | 05/30/2001 |
| **Filing Type:** | CREATION |
| **Status:** | IN USE |
| **Place Incorporated:** | TEXAS |
| **Status Comment:** | RIGHT TO TRANSACT BUSINESS: ACTIVE |
| **Date Last Seen:** | 03/17/2017 |

## Officers

| | |
|---|---|
| **Name:** | PERIDICAL LICENSING, INC.<br>Title:GENERAL PARTNER |
| **Standard Address:** | Type:CONTACT<br>1011 N FRIO<br>SAN ANTONIO, TX 78207-1811 |
| **Original Address:** | 1011 NORTH FRIO<br>SAN ANTONIO, TX 78207<br>US |

## Filing History

**Filing Date:** 12/08/2010
**Filing Type:** ENTRY
**Ref No:** 344182920002
**Description:** PERIODIC REPORT

**Filing Date:** 12/07/2010
**Filing Type:** EFFECTIVE
**Ref No:** 344182920002
**Description:** PERIODIC REPORT

**Filing Date:** 11/12/2010
**Filing Type:** ENTRY
**Ref No:** 338819620001
**Description:** REPORT NOTICE

**Filing Date:** 11/09/2010
**Filing Type:** EFFECTIVE
**Ref No:** 338819620001
**Description:** REPORT NOTICE

**Filing Date:** 12/28/2005
**Filing Type:** ENTRY
**Ref No:** 112642420002
**Description:** PERIODIC REPORT

**Filing Date:** 12/27/2005
**Filing Type:** EFFECTIVE
**Ref No:** 112642420002
**Description:** PERIODIC REPORT

**Filing Date:** 12/06/2005
**Filing Type:** EFFECTIVE
**Ref No:** 110697270001
**Description:** REPORT NOTICE

**Filing Date:** 05/30/2001
**Filing Type:** NAME RESERVATION CREATION DATE
**Description:** SOCIOS HOLDINGS, LTD.

**Filing Date:** 05/30/2001
**Filing Type:** EFFECTIVE
**Ref No:** 000003542230
**Description:** CERTIFICATE OF LIMITED PARTNERSHIP

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use: Litigation
Your GLBA Permissible Use: Legal Compliance

Copyright© 2020 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**End of Document**

## Table of Contents

Business Summary............................................................................................2
Name Variations - 1 name variations found..................................................2
TINs - 2 TIN(s) found......................................................................................2
Executives: Current - 0 executive(s) found..................................................2
Incorporation/SOS (1 active, 1 other)............................................................2
OperatingLocations - Showing 1 location(s)..................................................3
Sales - 0 record(s) found ...............................................................................3
Parent Company - 0 record(s) found..............................................................3
Industry Information - 2 record(s) found ........................................................3
Licenses - 0 licenses found ...........................................................................3
URLs - 0 URLs found ......................................................................................3
Bankruptcy (0 active, 0 closed).......................................................................3
Judgments/Liens (0 filings).............................................................................3
UCC Filings (0 debtor, 0 creditor)...................................................................3
Real Property (0 current, 0 prior)....................................................................3
Motor Vehicles (Showing 0 of 0).....................................................................3
Watercraft (Showing 0 of 0)............................................................................3
Aircraft (Showing 0 of 0) .................................................................................3
Executives: Prior - 0 prior executive(s) found................................................4
Registered Agents - 1 registered agent(s) found...........................................4
Possible Employees - 0 current, 1 prior employees found .............................4
Person Associates - 0 other person associates found....................................4
Possible Connected Business - 8 businesses found ......................................4
Business Associates - 0 business associates found.......................................4
Sources - 14 record(s) found .........................................................................4

 LexisNexis

**1 OF 1 RECORD(S)**
## SmartLinx® Comprehensive Business Report

**Report Created:** 1-13-2020 9:14 AM EST | FOR INFORMATIONAL PURPOSES ONLY | Copyright © 2020 LexisNexis, All rights reserved.

**Search Terms -** company(socios holdings, ltd.) radius(15) state(TX)

| | | | |
|---|---|---|---|
| Executives - Current (0) | Incorporation/SOS (2) | Operations/Sites (1) | Sales (0) |
| Licenses (0) | URLs (0) | Real Property - Current (0) | Real Property - Prior (0) |
| MVRs - Current (0) | MVRs - Prior (0) | Watercraft - Current (0) | Watercraft - Prior (0) |
| Aircraft - Current (0) | Aircraft - Prior (0) | Bankruptcy Filings (0) | Judgments & Liens Filings (0) |
| UCC Filings (0) | Executives - Prior (0) | Registered Agents (1) | Name Variations (1) |
| Possible Employees (1) | Person Associates (0) | Business Associates (0) | TINs (2) |
| Possible Connected Business (8) | Parent Company (0) | Industry Information (1) | |
| View All Sources (14) | | | |

## Business Summary

| Name | Address | Phone |
|---|---|---|
| SOCIOS HOLDINGS LTD | 1011 N Frio St | |
| | San Antonio, TX 78207-1811 | |
| | Bexar County | |
| **LexID** | **Established** | **TIN** |
| 0001-3382-4827 | 2001 | 74-301XXXX |
| | (19 Years in Business) | |

**At a Glance**

| | | | |
|---|---|---|---|
| **Real Property** | 0 | **UCC Debtor** | 0 |
| **Personal Property** | 0 | **Bankruptcy** | 0 |
| **Secured Assets** | 0 | **Judgments/Liens** | 0 |
| **Executives** | 0 | **Foreclosure/Notice of Default** | 0 |

## Name Variations - 1 name variations found

| NO. | NAME |
|---|---|
| 1 | SOCIOS HOLDINGS LTD |

## TINs - 2 TIN(s) found

| NO. | TIN | NAME |
|---|---|---|
| 1 | 74-3015499 | SOCIOS HOLDINGS LTD |
| 2 | 32-0360725 | SOCIOS HOLDINGS LTD |

## Business Profile
## Executives: Current - 0 executive(s) found

## Incorporation/SOS (1 active, 1 other)

| NO. | NAME | FILING TYPE | STATUS | FILING DATE | FILING NO. | STATE |
|---|---|---|---|---|---|---|
| 1. | SOCIOS HOLDINGS, LTD. | | ACTIVE | 05/30/2001 | 0015193610 | TX |

*Additional Details*
Business Status: ACTIVE

Filing Type: CREATION
For Profit: Unknown
Origin: State of TX

*Filing History (most recent two years)*

| Filing Date | Description |
| --- | --- |
| 12/08/2010 | PERIODIC REPORT |
| 12/07/2010 | PERIODIC REPORT |
| 11/12/2010 | REPORT NOTICE |
| 11/09/2010 | REPORT NOTICE |

| 2. | SOCIOS HOLDINGS LTD | N/A | 05/30/2001 | 00151936-10 |
| --- | --- | --- | --- | --- |

*Additional Details*
Business Status: N/A
Filing Type: SOS Filing
For Profit: Unknown
Origin: Other Business Filing

OperatingLocations - Showing 1 location(s)

| NO. | ADDRESS | METRO AREA | PHONE |
| --- | --- | --- | --- |
| 1. | 1011 N Frio St<br>San Antonio, TX 78207-1811<br>Bexar County | San Antonio, TX | |

Sales - 0 record(s) found

Parent Company - 0 record(s) found

Industry Information - 2 record(s) found

| SIC | | NAIC | |
| --- | --- | --- | --- |
| 6712 | Bank Holding Companies | | No NAIC information available |

Industry Description: HOLDING COMPANIES (BANK)
Business Description:

Licenses - 0 licenses found

URLs - 0 URLs found

Bankruptcy (0 active, 0 closed)

Judgments/Liens (0 filings)

UCC Filings (0 debtor, 0 creditor)

Real Property (0 current, 0 prior)

**Personal Property (0 current, 0 prior)**
Motor Vehicles (Showing 0 of 0)
Watercraft (Showing 0 of 0)
Aircraft (Showing 0 of 0)

**Associates**

**Executives: Prior** - 0 prior executive(s) found

**Registered Agents** - 1 registered agent(s) found

| NO. | NAME | ADDRESS | STATE | DATE(S) |
|-----|------|---------|-------|---------|
| 1. | Weiner, Brian | 1011 N Frio St<br>San Antonio, TX 78207-1811 | Texas | 05/30/2001 - 03/17/2017 |

**Possible Employees** - 0 current, 1 prior employees found

| NO. | NAME | ADDRESS | STATUS | DATE(S) |
|-----|------|---------|--------|---------|
| 1. | Weiner, Brian | 1011 N Frio St<br>San Antonio, TX 78207-1811 | Prior | |

**Person Associates** - 0 other person associates found

**Possible Connected Business** - 8 businesses found

| NO. | NAME | ADDRESS |
|-----|------|---------|
| 1. | CLINT BONITA FARMS, LTD. | 3614 Alderwood Manor Dr<br>Horizon City, TX 79928-6532<br>El Paso County |
| 2. | DAK AVIATION, LTD. | 104 Blackfoot Trl<br>Gainesville, TX 76240-9508<br>Cooke County |
| 3. | DVC/PDC INVESTMENTS LTD | 4525 Catina Ln<br>Dallas, TX 75229-5401<br>Dallas County |
| 4. | IMPERIAL HOSPITALITY, L.P | 2323 Imperial Dr<br>Irving, TX 75062-5943<br>Dallas County |
| 5. | JEREMIAH LAND CO LP | 5428 Woodway Dr<br>Ft Worth, TX 76133-2044<br>Tarrant County |
| 6. | LUKER PROPERTIES L.P | 4617 Collinwood Ave<br>Fort Worth, TX 76107-4160<br>Tarrant County |
| 7. | PAUL YOUNG PROPERTIES, LIMITED NO. II | 3701 E Saunders St<br>Laredo, TX 78041-5463<br>Webb County |
| 8. | S.A.H.H. INVESTMENT GROUP, LTD. | 4330 Medical Dr Ste 500<br>San Antonio, TX 78229-3318<br>Bexar County |

**Business Associates** - 0 business associates found

**Sources** - 14 record(s) found

| | |
|--|--|
| All Sources | 14 Source Documents |
| Corporate Filings | 1 Source Documents |
| Government Agency | 8 Source Documents |
| Other Directories | 3 Source Documents |
| Experian FEIN | 2 Source Documents |

Key

⚠ High Risk Indicator. These symbols may prompt you to investigate further.

⚐ Moderate Risk Indicator. These symbols may prompt you to investigate further.

⚑ General Information Indicator. These symbols inform you that additional information is provided.

✔ The most recent telephone listing as reported by Electronic Directory Assistance.

Ⓦ Wireless Phone Indicator. These symbols indicate a cell phone number.
Ⓡ Residential Phone Indicator. These symbols indicate a residential phone number.
Ⓑ Business Phone Indicator. These symbols indicate a business phone number.
Ⓢ Shared Phone Indicator. These symbols indicate the phone number may be shared between wireless and landline service.
Ⓕ FAX Indicator. These symbols indicate a FAX number.
Ⓖ Government Phone Indicator. These symbols indicate a government phone number.

**Important:**    The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

**FCRA:**    The data provided to you by use of this product may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment or other purposes identified under the Fair Credit Reporting Act (FCRA).

Your DPPA Permissible Use: Litigation
Your GLBA Permissible Use: Legal Compliance

Copyright © 2020 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**End of Document**

FILED
In the Office of the
Secretary of State of Texas

MAY 30 2001

Corporations Section

## SOCIOS HOLDINGS, LTD.

## CERTIFICATE OF LIMITED PARTNERSHIP

The undersigned, desiring to form a limited partnership pursuant to the Texas Revised Limited Partnership Act, Tex. Rev. Civ. Stat Ann. art. 6132a-1 (the "Act"), certifies as follows:

1. The name of the partnership is: "SOCIOS HOLDINGS, LTD."

2 The name of the registered agent of the partnership is BRIAN WEINER, whose address is: 1011 North Frio, San Antonio, Texas 78207 The address of the registered office of the partnership is: 1011 North Frio, San Antonio, Texas 78207.

3. The address of the principal office where records are to be kept or to be made available is: 1011 North Frio, San Antonio, Texas 78207

4. The name, mailing address and street address of the general partner is as follows:

> PERIODICAL LICENSING, INC.
> 1011 North Frio
> San Antonio, Texas 78207

5. The general partner has determined not to include any other matters.

EXECUTED the 29th day of May, 2001

GENERAL PARTNER:

PERIODICAL LICENSING, INC

By: _____
  BRIAN WEINER, President

246173v1

Reports Unit
P.O. Box 12028
Austin, Texas 78711-2028



Hope Andrade
Secretary of State

## Office of the Secretary of State
### PERIODIC REPORT - LIMITED PARTNERSHIP

File Number: **15193610**                                                                                    Page 1 of 2
Filing Fee:  **$50**

1.  The entity name of the limited partnership is:
    **SOCIOS HOLDINGS, LTD.**

2.  It is organized under the laws of: *(set forth state or foreign country)*
    **Texas**

3.  The name of the registered agent is:
    **Brian Weiner**
    *(Make changes here-cannot be entity named above):*

FILED
In the Office of the
Secretary of State of Texas

**DEC 0 7 2010**

**Corporations Section**

4.  The registered office address, which is identical to the business address of the registered agent in
    Texas, is:
    **1011 NORTH FRIO**
    **San Antonio, TX 78207**
    *(Make changes here-use street or building address; see Instructions):*

5.  The address of the principal office in the United States where the records are to be kept or made
    available is:
    **1011 NORTH FRIO**
    **San Antonio, TX 78207**
    *(Make changes here-use street or building address; see Instructions):*

6.  The names and addresses of all general partners of the limited partnership are:
    *(Address changes are allowed; a name change of an existing general partner requires an amendment;
    see Instruction 6.)*

| <u>Name</u> | <u>Address</u> | <u>City/ State/Zip</u> |
|---|---|---|
| PERIDICAL<br>LICENSING, INC. | 1011 NORTH FRIO | San Antonio, TX 78207 |



**RECEIVED**
**SECRETARY OF STATE**

**DEC 0 7 2010**

**CLRK 61**
**AUSTIN, TEXAS**

*Visit us on the Internet @ http://www.sos.state.tx.us/*

Phone: 512-475-2705                          Fax: 512-463-1423                    Dial:  7-1-1 for Relay Services

**Execution:**

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

Date: _12|6|2010_              _Periodical Licensing, Inc._

.Signed on behalf of the limited partnership

_____, Secretary

By (general partner)